UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-CR-00019-MTS ) |
| TERI LYNN ROSALES, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

The matter before the Court is Defendant's pro se letter request for relief regarding the Bureau of Prison's computation of her custody credit. Doc. [40]. Defendant is currently serving a 70-month sentence in federal custody at FCI Waseca, located in Minnesota. Because she has not exhausted her administrative remedies, the motion will be denied without prejudice.

The Bureau of Prisons is responsible for computing sentence credit after a defendant begins serving her sentence. *United States v. Tindall*, 455 F.3d 885, 888 (8th Cir. 2006). Prisoners are entitled to administrative review of the computation of their credits. After properly exhausting their administrative remedies, inmates may seek judicial review through filing a habeas corpus petition, pursuant to 28 U.S.C. § 2241, in the district in which they are confined, in the United States District Court for the District of Columbia, or in any district in which the BOP maintains a regional office.[1] *See United States v. Chappel*, 208 F.3d 1069, 1069 (8th Cir. 2000). A habeas petition filed in the wrong district may be dismissed without prejudice or, "if it be in the interest of justice," transferred to

---

[1] The BOP does not maintain a regional office in the Eastern District of Missouri.

the appropriate district. *See* 28 U.S.C. § 1406(a). Here, it appears Defendant did not file her request in the proper district. However, Defendant does not claim to have exhausted her administrative remedies. *See Tindall*, 455 F.3d at 888. Defendant's current release date is August 4, 2027. Thus, there is time for her to exhaust administrative remedies and, if unable to resolve her dispute with the BOP, file a § 2241 petition in the proper district.

IT IS HEREBY ORDERED that Defendant's Pro Se Letter Request for Relief, Doc. [40], is DENIED WITHOUT PREJUDICE.

Dated this 9th day of April, 2024

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE